Generated: Jun 27, 2025 8:57AM                                                                 Page 1/1



# U.S. District Court

**1:25-CV-3584**

### Georgia Northern - Atlanta

Receipt Date: Jun 27, 2025 8:57AM

KATHRYN L. SCARBOROUGH

| Rcpt. No: 100020159 | Trans. Date: Jun 27, 2025 8:57AM | | | Cashier ID: #SW (3338) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Check/Money Order | #19-681292940 | 06/23/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

Comments: NEW CASE # 1:25-CV-3584

When presenting a check as payment, you are authorizing the court to convert your payment to a one-time electronic funds transfer from your account. A $53.00 returned check fee will be assessed for any check payment returned as uncollected.