FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 26 2025

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

KATHRYN L. SCARBOROUGH,       )
                              )
Plaintiff,                    )       **1:25-CV-3584**
                              )   Case NO. _____
v.                            )
                              )   **JURY TRIAL DEMANDED**
GIRL SCOUTS OF GREATER        )
ATLANTA, INC.,                )
                              )
Defendant.                    )

**Plaintiff's CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1. Pursuant to Fed. R. Civ. P. 7.1, 28 U.S.C. § 455, and N.D. Ga. L.R. 3.3, Plaintiff certifies that the following persons, firms, partnerships, corporations, or other entities may have a financial interest in, or other interest that could be substantially affected by, the outcome of this litigation:

   - Plaintiff Kathryn L. Scarborough;

   - Defendant Girl Scouts of Greater Atlanta, Inc.;

   - Girl Scouts of the United States of America, the National chartering organization for Defendant.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

   - None known at this time.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   - None. Plaintiff is proceeding **pro se**.

Respectfully submitted this 25th day of June 2025.

_Kathryn Scarborough_
Kathryn L. Scarborough
Plaintiff Pro Se
4392 Old Mabry Place
Roswell, GA 30075
770-490-0162
katyscarborough@gmail.com