AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-03584-MLB-LTW

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 09 2025

KEVIN P WEIMER, Clerk
By: Matthew A. ------ Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Girl Scouts of Greater Atlanta, Inc.
was received by me on *(date)* 07/02/2025.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Towanda Gooden, who is designated by law to accept service of process on behalf of *(name of organization)* Girl Scouts of Greater Atlanta, Inc. on *(date)* 07/03/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/03/2025

*Server's signature*

Christopher Wright
*Printed name and title*

1133 Cedar Log Pl
Austell, GA 30168

*Server's address*

Additional information regarding attempted service, etc:





ORIGIN ID:GVLA  (770) 490-0162
KATHRYN SCARBOROUGH
4392 OLD MABRY ROAD

SHIP DATE: 08JUL25
ACTWGT: 0.50 LB
CAD: 2598877757/INET4535

ROSWELL, GA 30075
UNITED STATES US

BILL SENDER

TO  CLERK OF COURT
U.S. DISTRICT COURT
75 TED TURNER DRIVE SOUTHWEST
2211 UNITED STATES COURTHOUSE
ATLANTA GA 30303
(404) 215-1800         REF:
INV:                    DEPT:
PO:

FedEx Express

WED - 09 JUL 10:30A
PRIORITY OVERNIGHT

TRK# 8825 9914 4507
0201

37 QFEA                 30303
                    GA-US ATL






