FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 28 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KATHRYN L. SCARBOROUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:25-cv-03584 MLB |
| v. ) | |
| ) | |
| GIRL SCOUTS OF GREATER ) | |
| ATLANTA, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests that the Clerk of Court enter default against Defendant, Girl Scouts of Greater Atlanta, Inc., for failure to plead or otherwise defend in this action within the time prescribed by law.

**In support of this request, Plaintiff states as follows:**

1. The Summons and Complaint in this matter were properly served on Defendant on July 3, 2025, as evidenced by the Proof of Service filed with this Court (see Dkt. No. 4).

2. More than 21 days have elapsed since service of process, and Defendant has not filed an answer, responsive pleading, or otherwise defended as required by law.

3. The time for Defendant to answer or otherwise respond to the Complaint has expired.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant, Girl Scouts of Greater Atlanta, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 25th day of July 2025.

*Kathryn Scarborough*
Kathryn L. Scarborough
Plaintiff Pro Se
4392 Old Mabry Place
Roswell, GA 30075
770-490-0162
katyscarborough@gmail.com

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Kathryn L. Scarborough, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am the Plaintiff in the above-captioned action and submit this declaration in support of my Request for Entry of Default.

2. On June 26, 2025, I filed a Complaint against Defendant Girl Scouts of Greater Atlanta, Inc.

3. The Summons and Complaint were served on Defendant on July 3, 2025, by serving Towanda Gooden, who is designated by law to accept service of process on behalf of Defendant, as evidenced by the Proof of Service filed with this Court.

4. Defendant's deadline to respond to the Complaint was July 24, 2025, which was twenty-one (21) days after service.

5. I have reviewed the Court's docket in this case and confirmed that Defendant has not filed an answer, motion, or any other response to the Complaint.

6. Defendant Girl Scouts of Greater Atlanta, Inc. is a corporation and not an infant or incompetent person.

7. Defendant is not entitled to the protections of the Servicemembers Civil Relief Act as it is a corporate entity, not an individual in military service.

8. Defendant is not currently in bankruptcy proceedings to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted this 25th day of July 2025.

_____
Kathryn L. Scarborough

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 28 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Civil Action No. 1:25-cv-03584-MLB-LTW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Girl Scouts of Greater Atlanta, Inc.
was received by me on *(date)* 07/02/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Towanda Gooden, who is designated by law to accept service of process on behalf of *(name of organization)* Girl Scouts of Greater Atlanta, Inc. on *(date)* 07/03/2025; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/03/2025

*Server's signature* (signed: Christoph Wry)

Christopher Wright
*Printed name and title*

1133 Cedar Log Pl
Austell, GA 30168
*Server's address*

Additional information regarding attempted service, etc:



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.