IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHRYN L. SCARBOROUGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GIRL SCOUTS OF GREATER ) <br> ATLANTA, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION FILE NO. <br> 1:25-cv-03584-MLB-LTW |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

COMES NOW Girl Scouts of Greater Atlanta, Inc. (hereinafter "GSGA" or "Defendant") and hereby files this Opposition to Plaintiff's Request for Clerk's Entry of Default ("Plaintiff's Request"), respectfully showing this Court as follows:

### I. INTRODUCTION

Plaintiff has requested that the Clerk enter a default against Defendant. This request, however, is wholly without merit as Defendant has filed a timely Answer to Plaintiff's Complaint, filed on July 24, 2025. (Doc. No. 5). Accordingly, there is no basis for entry of default, and Plaintiff's motion should be denied.

### II. PROCEDURAL HISTORY

1. Plaintiff filed her Complaint on June 26, 2025. (Doc. No. 1).

1

2. Defendant was served with the Summons and Complaint on July 3, 2025. (Doc. No. 4).

3. Defendant timely filed its Answer to Plaintiff's Complaint on July 24, 2025. (Doc. No. 5).

4. Notwithstanding Defendant's timely Answer, Plaintiff filed a Request for Clerk's Entry of Default on July 28, 2025. (Doc. No. 7).

### III.   ARGUMENT AND CITATION OF AUTHORITY

Under Federal Rule of Civil Procedure 55, entry of default judgment is only appropriate when a party "has failed to plead or otherwise defend" against an action. Fed. R. Civ. P. 55(a). Default judgment is a drastic remedy that should not be granted when a defendant has appeared and demonstrated an intent to defend against the action. See *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985).

Defendant has clearly demonstrated its intent to defend this action by filing a timely Answer to Plaintiff's Complaint, which appears on the Court's docket as Document 5, filed on July 24, 2025. As such, Defendant has "otherwise defend[ed]" within the meaning of Rule 55 and cannot be found to be in default. The Court's docket clearly reflects that Defendant has responded to Plaintiff's Complaint and is actively defending this action.

### IV.   CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court

deny Plaintiff's Request for Clerk's Entry of Default.

Respectfully submitted this 8th day of August, 2025.

**JACKSON LEWIS P.C.**

*/s/ Najmah James*
Najmah James
Georgia Bar No. 867659
JACKSON LEWIS P.C.
171 17th Street, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Fax: (404) 525-1173
Najmah.james@jacksonlewis.com
*Attorney for Defendant*

## **CERTIFICATION**

In accordance with Civil Local Rules 5.1(C) and 7.1(D), I hereby certify that this document has been prepared in 14-point, Times New Roman font.

*/s/ Najmah James*
Najmah James
Georgia Bar No. 867659

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHRYN L. SCARBOROUGH, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> GIRL SCOUTS OF GREATER ) <br> ATLANTA, INC., ) <br>  ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION FILE NO. <br> <u>1:25-cv-03584-MLB-LTW</u> |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2025, a copy of the foregoing **DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT** via U.S. mail and email upon *pro se* Plaintiff at the following:

Kathryn L. Scarborough
4392 Old Mabry Place
Roswell, GA 30075
<u>Katyscarborough@gmail.com</u>

*Plaintiff Pro Se*

<u>/s/ Najmah James</u>
Najmah James
Georgia Bar No. 867659

5