# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KATHRYN L. SCARBOROUGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GIRL SCOUTS OF GREATER ) <br> ATLANTA, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION FILE NO. <br> <u>1:25-cv-03584-MLB-LTW</u> |

### **NOTICE OF APPEARANCE**

Justin R. Barnes of Jackson Lewis P.C., 171 17th Street, NW, Suite 1200, Atlanta, Georgia 30363, hereby enters an appearance as co-counsel on behalf of Defendant Girl Scouts of Greater Atlanta, Inc.

Respectfully submitted the 14th day of August, 2025.

                                       **JACKSON LEWIS P.C.**

                                       <u>*/s/ Justin R. Barnes*</u>
                                       Justin R. Barnes
                                       Georgia Bar No. 105220
                                       Najmah James
                                       Georgia Bar No. 867659
                                       171 17th Street, NW, Suite 1200
                                       Atlanta, Georgia 30363
                                       Telephone: (404) 525-8200
                                       Fax: (404) 525-1173
                                       <u>Justin.barnes@jacksonlewis.com</u>
                                       <u>Najmah.James@jacksonlewis.com</u>

                                       **ATTORNEYS FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KATHRYN L. SCARBOROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:25-cv-03584-MLB-LTW |
| GIRL SCOUTS OF GREATER ATLANTA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2025, a copy of the foregoing **NOTICE OF APPEARANCE** via U.S. mail and email upon *pro se* Plaintiff at the following:

Kathryn L. Scarborough
4392 Old Mabry Place
Roswell, GA 30075
Katyscarborough@gmail.com

*Plaintiff Pro Se*

/s/ Justin R. Barnes
Justin R. Barnes
Georgia Bar No. 105220