**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| KATHRYN L. SCARBOROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | <u>1:25-cv-03584-MLB-LTW</u> |
| GIRL SCOUTS OF GREATER | ) | |
| ATLANTA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>NOTICE OF APPEARANCE</u>

Najmah James of Jackson Lewis P.C., 171 17th Street, NW, Suite 1200, Atlanta, Georgia 30363, hereby enters an appearance as co-counsel on behalf of Defendant Girl Scouts of Greater Atlanta, Inc.

Respectfully submitted the 14th day of August, 2025.

**JACKSON LEWIS P.C.**

*/s/ Najmah James*
Najmah James
Georgia Bar No. 867659
Justin R. Barnes
Georgia Bar No. 105220
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Fax: (404) 525-1173
Najmah.James@jacksonlewis.com
Justin.barnes@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

KATHRYN L. SCARBOROUGH,　)
　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　)
v.　　　　　　　　　　　　)　　CIVIL ACTION FILE NO.
　　　　　　　　　　　　　)　　<u>1:25-cv-03584-MLB-LTW</u>
GIRL SCOUTS OF GREATER　 )
ATLANTA, INC.,　　　　　　)
　　　　　　　　　　　　　)
　　　Defendant.　　　　　)
_____　)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of August, 2025, a copy of the foregoing

**NOTICE OF APPEARANCE** via U.S. mail and email upon *pro se* Plaintiff at the

following:

Kathryn L. Scarborough
4392 Old Mabry Place
Roswell, GA 30075
Katyscarborough@gmail.com

*Plaintiff Pro Se*

*/s/ Najmah James*
Najmah James
Georgia Bar No. 867659